# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 1:23-MJ-00153
Priority Mail parcel postal tracking number 9405 5112 0623 8576 3582 71, )
postmarked February 27, 2023, addressed to Kevin Stevens, 4018 Manchester )
Rd, Franklin, OH 45005-4402 with a return address of Auto Source, 4171 W )
Ball Rd #211, Cypress, CA 90630 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail parcel postal tracking number 9405 5112 0623 8576 3582 71

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Mar 1, 2023**

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, and to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the mail was used, your affiant has learned of certain characteristics indicative of other mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3. U.S. Postal Inspectors are aware that the State of California is a source location for controlled substances that are regularly mailed to the State of Ohio and the proceeds from the sales of controlled substances are frequently returned to California via the U.S. Mail. Based on this information, your affiant routinely reviews parcels and conducts postal database checks for inbound and outbound parcels that exhibit characteristics of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

4. On or about February 27, 2023, your affiant learned that Priority Mail parcel tracking number 9405 5112 0623 8570 1254 35 (PARCEL 1) and Priority Mail parcel tracking number 9405 5112 0623 8576 3582 71 (PARCEL 2) were mailed from southern California. PARCEL 1 and 2 are addressed to 4018 Manchester Rd, Franklin, OH 45005 (SUBJECT ADDRESS) with a return address of 4171 Ball Rd #211, Cypress, CA 90630. The parcels are coming from a known drug source area.

5. Your affiant obtained an image of PARCEL 1. The parcel is addressed to Kevin Stevens at the SUBJECT ADDRESS with a return address of Auto Source, 4171 W Ball Rd #211, Cypress, CA 90630. Your affiant knows in September 2020 she obtained a federal search warrant for a parcel with the same return address. That parcel was found to contain approximately 3 pounds of THC (Tetrahydrocannabinol - a schedule I controlled substance) and was seized by the government.

6. According to Google, "Mail Plus More" is located at 4171 Ball Rd, Cypress, CA 90603. This is a commercial mail receiving agency (CMRA) where post office boxes can be rented. Your affiant knows through her training and experience that sometimes an individual will rent a box or uses an address of a business to elude law enforcement and make a parcel appear to be legitimate instead of the use of their residence address.

7. Your affiant reviewed postal business records and knows the SUBJECT ADDRESS has been consistently receiving parcels from Cypress, California for the past 2 years. Since November 2022, at least 20 parcels were mailed from Cypress, California going to the SUBJECT ADDRESS.

8. Your affiant did a check in CLEAR regarding the SUBJECT ADDRESS. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, "Kevin Stevens" is associated with 4018 Manchester Rd, Franklin, OH 45005.

9. Your affiant contacted the Postal Network Distribution Center (NDC), Cincinnati, Ohio regarding PARCEL 1 and 2. Your affiant requested to be contacted when PARCEL 1 and 2 processed through their facility.

10. On or about March 1, 2023, your affiant was contacted by the NDC regarding PARCEL 1 and 2. Both parcels were secured at their location awaiting pickup. PARCEL 1 and 2 were obtained by Postal Inspection Service employees for further investigation.

11. Your affiant contacted Hamilton County Sheriff's Deputy Nick Poole to arrange for a narcotic canine to check PARCEL 1 and 2. Deputy Poole responded to the U.S. Postal Inspection Service

2

(USPIS) Field office, Cincinnati, Ohio where PARCEL 1 and 2 were placed in a separate controlled area and presented to narcotic canine, "Akim". "Akim" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon PARCEL 1 and 2. Your affiant knows that Deputy Poole and narcotic canine "Akim" train regularly and are certified annually through the Ohio Peace Officer Training Academy. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

12. PARCEL 1 is further identified as follows: a U.S. Postal Service Priority Mail Large Flat Rate cardboard box 12" x 12" x 5 1/2" in size, bearing tracking number 9405 5112 0623 8570 1254 35, postmarked February 25, 2023; see address information below:

**Sender:** Auto Source
4171 W Ball Rd #211
Cypress, CA 90630

**Addressee:** Kevin Stevens
4018 Manchester Rd
Franklin, OH 45005-4402

13. PARCEL 2 is further identified as follows: a U.S. Postal Service Priority Mail Flat Rate Padded Envelope 9 1/2" x 12 1/2" in size, bearing tracking number 9405 5112 0623 8576 3582 71, postmarked February 27, 2023; see address information below:

**Sender:** Auto Source
4171 W Ball Rd #211
Cypress, CA 90630

**Addressee:** Kevin Stevens
4018 Manchester Rd
Franklin, OH 45005-4402

14. This information along with the positive alert of narcotic canine "Akim" is indicative of a drug parcel or its proceeds.

15. Based on the information contained herein, your affiant believes that contained in PARCEL 1 and 2 is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

16. PARCEL 1 and 2 is being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open PARCEL 1 and 2 is requested.

Further, your affiant sayeth naught.

*[signature]*

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this __1st__ day of ____March____, 2023.
**via electronic means, specifically Facetime video.**

*[signature]*

Honorable Stephanie K. Bowman
United States Magistrate Judge

4

United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, DEPUTY N. POOLE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2004. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "AKIM", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

Marijuana, Cocaine, Heroin, Methamphetamines, and their derivatives.

ON 3/1/2023, AT THE REQUEST OF POSTAL INSPECTOR K. O'NEILL I RESPONDED TO THE USPIS CINCINNATI FIELD OFFICE WHERE "AKIM" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

Priority Mail parcel tracking number 9405 5112 0623 8576 3582 71 addressed to Kevin Stevens, 4018 Manchester Rd, Franklin, OH 45005 with a return address of Auto Source, 4171 Ball Rd #211, Cypress, CA 90630

---

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "AKIM", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_____ #1475
(Signature and Date)   3/1/2023

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009